IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA A. FAIR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 04-0775-CG-D |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that plaintiff be awarded attorney fees in the amount of $625.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412, for legal services rendered by plaintiff's attorney in this court.

**DONE** this 20th day of October, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE